**Motion denied and Order filed February 2, 2023.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-22-00464-CV**
_____

**JOE Y. ROGERS, III, Appellant**

**V.**

**SANDRA ROGERS MILLER, AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOE Y. ROGERS, JR.,**
**Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Williamson County, Texas**
**Trial Court Cause No. 17-0461-CP4A**

---

## O R D E R

Appellant's brief was originally due October 24, 2022. We granted three extensions of time to file appellant's brief until January 23, 2023. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 26, 2023, appellant proceeding pro se filed a further request for extension of time to file his brief. We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **February 23, 2023**. If appellant does not timely file the brief as ordered, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Zimmerer.